■ ANDREW B. KAHN, Respondent, v. COMBINED CHEMICALS CORP. et al., Respondents, and JANIS THINGS, INC., Appellant. MICHAEL CORWIN, Respondent, v. SCHENK STUDIO, INC., et al., Appellants.— Motion denied and stay vacated. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

■ JOSE F. GARCIA, Respondent, v. CITY OF NEW YORK et al., Appellants.— Order unanimously modified so as to eliminate the fingerprint record from the inspection and, as so modified, affirmed, without costs. The order is to be construed as limited to records of regular and usual entry in such a case and is not to include any record or file made in connection with the litigation or investigation of plaintiff's claim. If any question should arise on the inspection as to the proper scope thereof under this order, Special Term, Part II, can rule on the matter. Concur — Peck, P. J., Breitel, Cox and Frank, JJ.

■ CHARLES JOHNSON, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Cox, Frank and Bergan, JJ.

■ ETHEL CALABRESE et al., Appellants, v. ROBERT S. BICKLEY, Respondent.— Order unanimously modified so as to grant leave to replead as to the fifth and sixth causes of action and, as so modified, affirmed, with $20 costs and disbursements to the appellants. On this record the modification now made is warranted. Concur — Breitel, J. P., Rabin, Cox, Frank and Bergan, JJ. [208 Misc. 407.]

■ DAVE LEVINE & Co. INC., Appellant, v. WOLF PACKAGE DEPOT, INC. et al., Respondents.— Judgment unanimously affirmed, with costs. In view of the fact that the carrier has in fact made payment under its policy on behalf of the insured, the issue as to the carrier's direct liability has been rendered academic and we need not consider the question. Concur — Breitel, J. P., Cox, Frank and Bergan, JJ. [See *post*, p. 949.]